IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVA S. SLOAN, individually and as Executrix of the Estate of LOIS L ESKIND,<br><br>    Plaintiff,<br><br> v.<br><br>SYNTHES, INC., and<br>NORIAN CORPORATION,<br><br>    Defendants. | **Civ. A. No.2:12-04286 LDD** |

### DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE

  Defendants Synthes, Inc. ("Synthes") and Norian Corporation ("Norian") (collectively, Defendants), by and through their undersigned counsel, pursuant to Local Civil Rule 7.1 hereby state as follows: Synthes and Norian are non-governmental corporate entities. Norian, formerly organized under the laws of the State of California, filed a Certificate of Dissolution with the California Secretary of State on November 2, 2011. Prior to that date, Norian's ultimate corporate parent was Synthes. As of the date of the filing of this Rule 7.1 Disclosure, Synthes itself is a wholly-owned subsidiary of J&J International Investments, LLC, which in turn is a wholly-owned subsidiary of Johnson & Johnson, a publicly-held corporation.

               Respectfully submitted,

               BLANK ROME LLP

                s/ James T. Smith
               James T. Smith, Esq.
               Rebecca D. Ward, Esq.
               Joelle Epstein, Esq.
               One Logan Square
               Philadelphia, PA 19103
               Telephone: (215) 569-5500

               Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, James T. Smith, hereby certify that on August 27, 2012, I caused service of the foregoing Rule 7.1 Corporate Disclosure to be made upon the following via the Court's ECF system:

>Laura A. Feldman, Esq.
>1604 Locust Street, 2R
>Philadelphia, PA 19103

>_____s/James T. Smith_____