IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVA S. SLOAN | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| SYNTHES, INC. et. al. | : | No. 2:12-cv-4286 |
|     Defendants. | | |

O R D E R

AND NOW, this 3rd day of October 2012, it is hereby ORDERED that counsel for all parties shall appear for a status conference on Wednesday, October 10, 2012 at 5:00 p.m. in Room 6614 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.