IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVA SLOAN, individually and as Executrix of the Estate of LOIS L. ESKIND, | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| SYNTHES, INC., and NORIAN CORPORATION, | : | No. 12-4286 |
| Defendants. | : | |

ORDER

AND NOW, this 3rd day of October, 2012, it is hereby ORDERED that the Stipulated Motion for Extension of Time to Answer Defendant's Motion to Dismiss Pursuant to Local Civil Rule 7.4 is hereby GRANTED. Plaintiff shall answer Defendant's Motion to Dismiss no later than November 15, 2012.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.