IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVA SLOAN, individually and as Executrix of the Estate of LOIS L. ESKIND, | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| SYNTHES, INC., and NORIAN CORPORATION, | : | No. 12-4286 |
| Defendants. | : | |

ORDER

AND NOW, this 11th day of October 2012, it is hereby ORDERED that the Clerk of Court mark this action as closed for statistical purposes and place the matter in the Civil Suspense File pending the parties' private mediation. The parties shall apprise this Court of the status of their mediation on or before January 10, 2013.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.