## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

=====================================
EVA S. SLOAN, Individually and as Executrix of  :
The Estate of LOIS L. ESKIND, Deceased          :
                                                :  Civil Action No. 2:12-cv-04286 (LDD)
                    Plaintiff                   :
        vs.                                     :
                                                :
SYNTHES, INC.                                   :
And                                             :
NORIAN CORPORATION                              :
                                                :
                    Defendants                  :
=====================================

### ENTRY OF APPEARANCE

Kindly enter my appearance as additional counsel for Plaintiff, Eva S. Sloan, Individually and as Executrix of The Estate of Lois L. Eskind, Deceased.


FELDMAN & PINTO


By:___/s/ Patricia L. Rizzo_____
    Patricia L. Rizzo, Esq.
    Attorney I.D. No. 33010
    Feldman & Pinto
    1604 Locust Street, 2R
    Philadelphia, PA 19103
    (215) 546-2604
    (215)546-9904

    Attorneys for Plaintiff

## CERTIFICATION OF SERVICE

I hereby certify that the below listed counsel for the respective parties are listed to receive the below-described documents by the electronic filing system.

DATE:           October 10, 2012

DOCUMENT:       ENTRY OF APPEARANCE

PERSON:         James T. Smith, Esquire
                Rebecca D. Ward, Esquire
                Joelle Epstein, Esquire
                BLANK ROME LLP
                One Logan Square
                Philadelphia, PA 19103

                                    FELDMAN & PINTO

                                    BY:_____/s/  Patricia L. Rizzo_____

                                              Patricia L. Rizzo, Esq.